IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01823-WDM-MEH

FULLER AND COMPANY, a Colorado corporation,

     Plaintiff,

v.

THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, a North Dakota nonprofit corporation,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 24, 2006.**

     Based on the entire record herein, Plaintiff's Motion to Set Deadline for Defendant's Fed. R. Civ. P. 26(a) Disclosures [Filed April 14, 2006; Docket #28] is **granted**. Defendant shall have up to and including May 8, 2006, to serve its Rule 26(a) disclosures.